**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Bardley<br>    Plaintiff,<br><br>v.<br><br>Bureau of Collection Recovery, Inc.<br>    Defendant. | CASE NO.: 1:07-CV-2404<br><br>JUDGE: Lefkow<br><br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

    Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

                                RESPECTFULLY SUBMITTED,

                                Legal Helpers, P.C.

                                By:   /s/ Jeffrey S. Hyslip__
                                       Jeffrey S. Hyslip
                                         Attorney for Plaintiff
                                         20 West Kinzie; Suite 1300
                                         Chicago, IL 60611
                                         Telephone: 1.866.339.1156
                                         Jsh@legalhelpers.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July, 2007 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

Tricia A. Olson
Morrison Fenske & Sund, P.A.
5125 County Road 101, Suite 202
Minnetonka, Minnesota 55345
tolson@morrisonfenske.com
*Attorney for Defendant*

                                                         /s/ Jeffrey Hyslip